■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN J. JOHNSON, Appellant. [762 NYS2d 564] —Appeal from an order of Onondaga County Court (Aloi, J.), entered May 2, 2002, which determined that defendant is a level three risk under the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Onondaga County Court, Aloi, J. Present—Wisner, J.P., Hurlbutt, Burns, Lawton and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAROY WILLIAMS, Appellant. [762 NYS2d 548] —Appeal from a judgment of Monroe County Court (Marks, J.), entered April 5, 2002, convicting defendant upon his plea of guilty of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the second degree (Penal Law § 160.10 [1]). Contrary to the contention of defendant, County Court did not abuse its discretion in denying his request for youthful offender status (see *People v Smith*, 286 AD2d 878 [2001], *lv denied* 98 NY2d 641 [2002]). The sentence is not unduly harsh or severe. Present—Wisner, J.P., Hurlbutt, Burns, Lawton and Hayes, JJ.